UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

---

ROBERT F. KENNEDY, JR.,

    Plaintiff,

v.

DAVID VICKREY,

    Defendant.

---

Docket No. 1:23-cv-00487

## DEFENDANT'S MOTION TO DISMISS

Defendant, David Vickrey, by and through his attorneys, Morrison Mahoney LLP, hereby moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and L.R. 7.1(a)(2). As grounds for his Motion, Mr. Vickrey states that this Court lacks personal jurisdiction over Mr. Vickrey and, therefore, the Complaint against Mr. Vickrey must be dismissed.

In support of his Motion, Mr. Vickrey relies upon and incorporates herein by reference his accompanying Memorandum of Law and Exhibits.

WHEREFORE, Mr. Vickrey respectfully requests that this Honorable Court:

A. Dismiss the Complaint; and

B. Grant any other relief deemed fair or just.

103196343

Respectfully submitted,

DAVID VICKREY

By His Attorneys,

MORRISON MAHONEY LLP

November 1, 2023            By      /s/ *Brian A. Suslak*
                                    Brian A. Suslak, #269917
                                    bsuslak@morrisonmahoney.com
                                    Center of New Hampshire Office Tower
                                    650 Elm Street, Suite 201
                                    Manchester, NH 03101
                                    Phone:  603-622-3400
                                    Fax:    603-622-3466

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2023.

/s/ Brian A. Suslak
Brian A. Suslak, #269917