UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ROBERT F. KENNEDY, JR., )
)  Case No.
)  1:23-cv-00487
Plaintiff, )
)
vs. )
)
)
)
DAVID VICKREY, )
)
Defendant. )
)
)
)

**PLAINTIFF'S OBJECTION IN OPPOSITION TO DEFENDANT'S**
**MOTION TO DISMISS**

Plaintiff Robert F. Kennedy, Jr., hereby objects to Defendnt's Motion to Dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(2) and L.R. 7.1(a)(2). In support of this objection, Plaintiff relies upon and incorporates the concurrently filed Plaintiff's Memorandum In Opposition To Defendant's Motion To Dismiss.

///

///

DATED: November 29, 2023                Respectfully submitted,
                                        Robert F. Kennedy, Jr.

                                        /s/ Robert E. Barnes
                                        Robert E. Barnes, Esq. (*pro hac vice*)
                                        BARNES LAW
                                        700 South Flower Street, Suite 1000
                                        Los Angeles, CA 90017
                                        (310) 510-6211 (tel)
                                        robertbarnes@barneslawllp.com

                                        /s/ Jason M. Sullivan
                                        Jason M. Sullivan
                                        Law Office of Jason M. Sullivan, PLLC
                                        One New Hampshire Avenue
                                        Suite 125
                                        Portsmouth, NH 03801
                                        (603) 433-1325 (tel)
                                        (603) 436-7388 (fax)
                                        jsullivan@lojms.com
                                        NH Bar No: 14360

                                        *Attorneys for Plaintiff*

///

///

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, ROBERT E. BARNES, am a citizen of the United States and am at least 18 years of age.  My business address is 700 South Flower Street, Suite 1000, Los Angeles, California 90017.

I am not a party to the above titled action, my appeance is pending.  I have caused service of this document(s) filed through the ECF system sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below :

Brian Andrew Suslak
Morrison Mahoney LLP
650 Elm St, Ste 201
Manchester, NH 03101
603-622-3400
Email: bsuslak@morrisonmahoney.com

Jason M. Sullivan
Law Office of Jason M. Sullivan, PLLC
One New Hampshire Avenue
Suite 125
Portsmouth, NH 03801
(603) 433-1325 (tel)
(603) 436-7388 (fax)
jsullivan@lojms.com

///

///

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2023.

/s/ Robert E. Barnes  
ROBERT E. BARNES