UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

ROBERT F. KENNEDY, JR.,

    Plaintiff,

v.

DAVID VICKREY,

    Defendant.

Docket No. 1:23-cv-00487

**DIVERSITY DISCLOUSRE STATEMENT**
**PURSUANT TO LOCAL RULE 7.1.1**

| PARTY | CITIZENSHIP |
|---|---|
| David Vickrey | Maine |

103276146

Respectfully submitted,

DAVID VICKREY

By His Attorneys,

MORRISON MAHONEY LLP

December 6, 2023         By    /s/ *Brian A. Suslak*
Brian A. Suslak, #269917
bsuslak@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone:  603-622-3400
Fax:      603-622-3466

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 6, 2023.

/s/ Brian A. Suslak
Brian A. Suslak, #269917

103276146