# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT F. KENNEDY, JR., )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>DAVID VICKREY, )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No.<br>1:23-cv-00487 |

## PLAINTIFF'S DIVERSITY DISCLOSURE STATEMENT
## LOCAL RULE 7.1.1

| PARTY | CITIZENSHIP |
|---|---|
| Robert F. Kennedy, Jr. | New York |

///

///

DATED: December 8, 2023             Respectfully submitted,
                                    Robert F. Kennedy, Jr.

                                    /s/ Robert E. Barnes
                                    Robert E. Barnes, Esq. (*pro hac vice*)
                                    BARNES LAW
                                    700 South Flower Street, Suite 1000
                                    Los Angeles, CA 90017
                                    (310) 510-6211 (tel)
                                    robertbarnes@barneslawllp.com

                                    /s/ Jason M. Sullivan
                                    Jason M. Sullivan
                                    Law Office of Jason M. Sullivan, PLLC
                                    One New Hampshire Avenue
                                    Suite 125
                                    Portsmouth, NH 03801
                                    (603) 433-1325 (tel)
                                    (603) 436-7388 (fax)
                                    jsullivan@lojms.com
                                    NH Bar No: 14360

                                    *Attorneys for Plaintiff*

///

///

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, ROBERT E. BARNES, am a citizen of the United States and am at least 18 years of age. My business address is 700 South Flower Street, Suite 1000, Los Angeles, California 90017.

I am not a party to the above titled action, my appeance is pending. I have caused service of this document(s) filed through the ECF system sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below :

Brian Andrew Suslak
Morrison Mahoney LLP
650 Elm St, Ste 201
Manchester, NH 03101
603-622-3400
Email: bsuslak@morrisonmahoney.com

Jason M. Sullivan
Law Office of Jason M. Sullivan, PLLC
One New Hampshire Avenue
Suite 125
Portsmouth, NH 03801
(603) 433-1325 (tel)
(603) 436-7388 (fax)
jsullivan@lojms.com

///

///

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2023.

/s/ Robert E. Barnes<br>ROBERT E. BARNES