**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ROBERT F. KENNEDY, JR.,    ) | |
| ) | Case No. |
| ) | 1:23-cv-00487 |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | |
| ) | |
| ) | |
| ) | |
| DAVID VICKREY,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |
| ) | |
| _____ ) | |

**PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING ON IN
PERSONAM JURISDICTION OVER DEFENDANT PENDING
<u>JURISDICTIONAL DISCOVERY</u>**

Plaintiff Robert F. Kennedy, Jr., hereby moves for an evidentiary hearing on

in personam jurisdiction over defendant, David Vickrey, pending jurisdictional

discovery of no less than ninety (90) days. The grounds for this motion are that

Defendant has filed a motion under FRCP Rule 12(b)(2) to dismiss the within civil

action because this Court lacks personal jurisdiction over Mr. Vickrey (ECF Nos. 4

and 5). In support of this motion, Mr. Kennedy relies upon and incorporates herein

by reference his accompanying Memorandum of Law.

WHEREFORE, Mr. Kennedy respectfully requests that this Honorable Court:

1. Order an evidentiary hearing on whether this Court has personal jurisdiction over Defendant, following a reasonable period of jurisdictional discovery of no less than ninety (90) days; and

2. Grant any other relief deemed fair or just.

## STATEMENT OF CONCURRENCE
### [Local Rule 7.1(c)]

The undersigned hereby affirms that, after consultation with counsel for the other parties to this action, the parties are unable to reach an accord as to the issues raised by the within motion.

On or about December 11, 2023, counsel for the moving Plaintiffs emailed counsel for the Defendant in this action, setting forth the grounds for this motion and asking whether it would be opposed. Counsel for Defendant responded to said email the same day, stating that Defendant would not assent to the within motion.

s/Robert E. Barnes
Robert E. Barnes

DATED: December 11, 2023

Respectfully submitted,
Robert F. Kennedy, Jr.

/s/ Robert E. Barnes
Robert E. Barnes, Esq. (*pro hac vice*)
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
(310) 510-6211 (tel)
robertbarnes@barneslawllp.com

/s/ Jason M. Sullivan
Jason M. Sullivan
Law Office of Jason M. Sullivan, PLLC
One New Hampshire Avenue
Suite 125
Portsmouth, NH 03801
(603) 433-1325 (tel)
(603) 436-7388 (fax)
jsullivan@lojms.com
NH Bar No: 14360

*Attorneys for Plaintiff*

///

///

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED THAT:

I, ROBERT E. BARNES, am a citizen of the United States and am at least 18 years of age.  My business address is 700 South Flower Street, Suite 1000, Los Angeles, California 90017.

I am not a party to the above titled action, my appeance is pending.  I have caused service of this document(s) filed through the ECF system sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below :

Brian Andrew Suslak
Morrison Mahoney LLP
650 Elm St, Ste 201
Manchester, NH 03101
603-622-3400
Email: bsuslak@morrisonmahoney.com

Jason M. Sullivan
Law Office of Jason M. Sullivan, PLLC
One New Hampshire Avenue
Suite 125
Portsmouth, NH 03801
(603) 433-1325 (tel)
(603) 436-7388 (fax)
jsullivan@lojms.com

///

///

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2023.

/s/ Robert E. Barnes
ROBERT E. BARNES