UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Robert F. Kennedy, Jr.</u>

v.

Case No. 23-cv-487-SM-TSM

<u>David Vickrey</u>

<u>JUDGMENT</u>

Judgment is hereby entered in accordance with the Order by Judge Steven J. McAuliffe dated January 22, 2024.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: January 22, 2024

cc:  Counsel of Record