## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the
District of  New Hampshire 
Docket Number  1:23-cv-00487-SM-TSM 

| |
|---|
| Robert F. Kennedy, Jr., Plaintiff  v.  David Vickrey, Defendant |

**Notice Of Appeal**

 Plaintiff Robert F. Kennedy, Jr.  (name all parties taking the appeal)* appeals to the United States Court of Appeals for the  First  Circuit from the final judgment entered on  January 22, 2024  (state the date the judgment was entered).


(s)  Robert E. Barnes                             
*Attorney for* Plaintiff Robert F. Kennedy, Jr.         
*Address*: 700 S. Flower St., # 1000, Los Angeles, CA 90017


[**Note to inmate filers:**  *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.

## **CERTIFICATE OF SERVICE**

I, ROBERT E. BARNES, am a citizen of the United States and am at least 18 years of age. My business address is 700 South Flower Street, Suite 1000, Los Angeles, California 90017.

I am not a party to the above-titled action. I have caused service of this document(s) filed through the ECF system sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below:

Brian Andrew Suslak
Morrison Mahoney LLP
650 Elm St, Ste 201
Manchester, NH 03101
603-622-3400
Email: bsuslak@morrisonmahoney.com

Jason M. Sullivan
Law Office of Jason M. Sullivan, PLLC
One New Hampshire Avenue
Suite 125
Portsmouth, NH 03801
(603) 433-1325 (tel)
(603) 436-7388 (fax)
jsullivan@lojms.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2024.

/s/ Robert E. Barnes
ROBERT E. BARNES