```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Robert F. Kennedy, Jr.

      v.                                                          No. 23-cv-487-SM-TSM

David Vickrey


### CLERK'S SUPPLEMENTAL CERTIFICATE TO CIRCUIT COURT OF APPEALS

    I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following document constitutes the supplmental record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 26

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                            IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, February 23, 2024

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Kellie Otis, Deputy Clerk**

**Feb 23, 2024**

cc:   Counsel of Record