UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert F. Kennedy, Jr.

    v.                                    No. 23-cv-487-SM-TSM

David Vickrey


CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute a supplemental record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 33

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, April 17, 2024

FCPKGN'L0N PEJ , Clerk

By: /s/ Lianne Wagner, Deputy Clerk

Apr 17, 2024

cc:   Counsel of Record